# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2148.  EVELINA HILL v. BEN MOYE.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, defendant Evelina Hill[1] appealed to the superior court, which denied the appeal, entered a writ of possession in favor of plaintiff Ben Moye, and awarded Moye $2,056 in past rent, as well as all costs of the proceeding.  Hill then appealed directly to this Court.  We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1).  "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).  Hill's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Bullock*, 260 Ga. App. at 875.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/01/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Hill's first name also is spelled "Evalina" in the record.